[No. 6218.]

CUNNINGHAM v. THE CITY OF FORT COLLINS.

Where substantial justice appears to have been done the judgment will be affirmed.

*Appeal from Larimer County Court*—Hon. C. V. BENSON, Judge.

Messrs. ANNIS & STOW, for appellant.

Mr. PAUL W. LEE, for appellee.

CHIEF JUSTICE STEELE delivered the opinion of the court:

We have carefully examined the record in this case, and are of the opinion that substantial justice has been done by the trial court, and the judgment will be affirmed. *Affirmed.*

Mr. JUSTICE CAMPBELL and Mr. JUSTICE MUSSER concur.